```
                         United States Bankruptcy Court
                             District of Puerto Rico
In re:                                                   Case No. 11-01419-BKT
   MARITZA OTERO SOTOMAYOR                               Chapter 13
        Debtor                 CERTIFICATE OF NOTICE

District/off: 0104-3          User: borregom              Page 1 of 1         Date Rcvd: Mar 14, 2011
                              Form ID: pdf001             Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2011.

| | | |
|---|---|---|
| db | MARITZA OTERO SOTOMAYOR, | COSTA NORTE 109 C, AGUA AZUL, HATILLO, PR 00659 |
| smg | DEPARTAMENTO DE HACIENDA, | PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | FEDERAL LITIGATION DEPT. OF JUSTICE, | PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | PR DEPARTMENT OF LABOR, | PRUDENCIO RIVERA MARTINEZ BLDG, 505 MUNOZ RIVERA AVENUE, 12 FLOOR, SAN JUAN, PR 00918 |
| cr | ASOC PROPIETARIOS URB COSTA NORTE, INC, | P.O. Box 195537, San Juan, PR 00919-5537 |
| 3168719 | ASOC DE PROPIETARIOS COSTA NORTE, | PO BOX 195537, SAN JUAN, PR 00919-5537 |
| 3168720 | BANK OF AMERICA, | PO BOX 15019, WILMINGTON, DE 19886-5019 |
| 3168721 | BBVA AUTO, | PO BOX 364745, SAN JUAN, PR 00936-4745 |
| 3168722 | CAMUY COOP, | 300 BALTAZAR JIMENEZ MENDEZ, CAMUY, PR 00627 |
| 3168723 | CITI CARDS, | PO BOX 653054, DALLAS, TX 75265-3054 |
| 3168724 | +CITIFINANCIAL, | PO BOX 71587, SAN JUAN, PR 00936-8687 |
| 3168725 | COMMOLOCO, | PO BOX 71325, SAN JUAN, PR 00936-8425 |
| 3168726 | +COOP A/C ISABELA, | APARTADO 552, ISABELA, PR 00662-0552 |
| 3168728 | +DEPT DE HACIENDA, | SECCION DE QUIEBRAS, 424-B PO BOX 9024140, SAN JUAN, PR 00902-4140 |
| 3168729 | +HATICOOP, | PO BOX 95, HATILLO, PR 00659-0095 |
| 3168730 | INTERNAL REVENUE SERVICE, | PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 3168731 | +JOSE OTERO POLANCO, | PO BOX 214, BARCELONETA, PR 00617-0214 |
| 3168732 | +LCDO GILBERTO FIGUEROA MERCED, | PO BOX 1321, MAYAGUEZ, PR 00681-1321 |
| 3168733 | +LUIS RIVERA VERA, | PO BOX 250-161, RAMEY ST, AGUADILLA, PR 00604-0161 |
| 3177489 | MONEY EXPRESS, | BANKRUPTCY DIVISION, PO BOX 9146, SAN JUAN PR 00908-0146 |
| 3168734 | RG MORTGAGE, | PO BOX 362394, SAN JUAN, PR 00936-2394 |
| 3168736 | +SARA SOTOMAYOR GERENA, | PO BOX 214, BARCELONETA, PR 00617-0214 |
| 3168737 | SEARS CREDIT CARD, | PO BOX 183081, COLUMBUS, OH 43218-3081 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | | |
|---|---|---|
| smg | +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Mar 14 2011 18:51:17 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1938 |
| 3168727 | E-mail/Text: cfigueroa@crimpr.net Mar 14 2011 18:47:21 | CRIM, PO BOX 195387, SAN JUAN, PR 00919-5387 |
| 3168735 | +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2011 18:58:45 | SAMS CLUB, BANKRUPTCY DEPT, PO BOX 103104, ROSWELL, GA 30076-9104 |
| | | TOTAL: 3 |

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

| | | |
|---|---|---|
| smg* | INTERNAL REVENUE SERVICE, | PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| | | TOTALS: 0, * 1, ## 0 |

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 16, 2011**             **Signature:**   _Joseph Speetjens_

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MARITZA OTERO SOTOMAYOR | CASE NO. 11-01419 BKT

Chapter 13

XXX-XX-6804

**FILED & ENTERED ON 03/14/2011**

Debtor(s)

ORDER

The motion filed by debtors requesting continuance of the automatic stay (docket #7) is hereby granted, no objections filed. The hearing scheduled for 3/15/2011 is vacated and set aside.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 14 day of March, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: ALL CREDITORS